MAURICE COURLAND, Respondent, v. EDGAR R. GALLAVAN and E. M. A. REALTY CO., INC., Appellants.— Judgment unanimously affirmed by default, with costs. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.

ELLA L. DALY, Appellant, v. WILLIAM C. DALY, Respondent.— Judgment reversed, with costs, and new trial granted, for the reason that the judgment is clearly against the weight of evidence. The withdrawal of defendant's answer, coupled with the proof offered by plaintiff, presented a complete *prima facie* case wherein plaintiff should have had judgment. This conclusion is borne out by the court's own statements contained in the record, wherein he repeatedly said that a *prima facie* case had been made out; and that the only question in dispute was the amount to be awarded as alimony. The order of October 4, 1920, denying plaintiff's application for additional alimony and counsel fee is likewise reversed, with ten dollars costs and disbursements, and plaintiff is remitted to the Special Term for relief in respect to such additional alimony and counsel fee as she may be advised. Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.

GEORGE W. BAKER SHOE COMPANY, Appellant, v. MACON SHOE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.

ISRAELITE FRATERNITY OF BROOKLYN, INC., Respondent, v. HIGHLAND VIEW CEMETERY CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

In the Matter of the Petition of JAMES D. BROWN, Respondent, to Judicially Settle His Account as Sole Surviving Executor of the Will of RICHARD DAVIES, Deceased. JOHN R. DAVIES, Appellant.— Decree of the Surrogate's Court of Kings county affirmed, with costs to the executor payable out of the estate. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.